```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

    JUN 1 9 2002

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | DATE: June 18, 2002 |
| Plaintiff, ) | |
| vs. ) | No. CR 94-216 PHX-RGS |
| Frank Martin Cicero, ) | MINUTE ORDER |
| Defendant, ) | |

Having been submitted and good cause appearing therefore and there being no opposition thereto.

IT IS ORDERED granting defendant Cicero's Motion to Terminate Supervised Release. (Doc. 506)

FURTHER ORDERED that the probation department of the court submit an appropriate form of order.

RICHARD H. WEARE, CLERK

*Lisa Fettis*
Lisa Fettis
Courtroom Deputy for Judge Strand

508

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on June 19, 2002
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_V\DOSVy^WrX_