```
X FILED      ___ LODGED
___ RECEIVED ___ COPY

     MAR 1 8 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Juan Manuel Valadez-Garcia, ) <br> ) <br> Defendant. ) <br> _____) | No. CR 94-0216-5-PHX-PGR <br><br><br><br><br> **MINUTE ENTRY** |

Plea proceedings have been set before Judge Duncan on March 21, 2003, at 1:30 p.m.

This proceeding is expected to commence at the scheduled time. Counsel is expected to have spoken to their client prior to the court proceeding.

DATE: March 17, 2003

_____
A. Herrera, Judicial Assistant

cc: AUSA Paul Rood
    CJA Atmore Baggot
    Pretrial Services
    Probation