```
                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF ARIZONA
Phoenix Division              CRIMINAL MINUTES
                                  SENTENCING
```

```
                                          ☒ FILED    ___ LODGED
                                          ___ RECEIVED ___ COPY

                                              JUN 10 2003

                                          CLERK U S DISTRICT COURT
                                          DISTRICT OF ARIZONA
                                          BY_____ DEPUTY
```

CR <u>94-216-5 PHX PGR</u>           DATE: <u>06/09/03</u>

HON: <u>PAUL G. ROSENBLATT</u>                Judge # <u>7017</u>

USA v. <u>VALADEZ-GARCIA, JUAN MANUEL</u>
      Last Name    First Name    Middle Initial
DEFENDANT: <u>X</u> Present   __Not Present/Waived   _Released <u>X</u> Custody ___
Deputy
Clerk: <u>Traci Abraham</u>         Court Reporter: <u>L. Lemke</u>
U.S. Atty: <u>Joe Koehler</u>      Dft Atty: <u>Atmore Baggot (CJA)</u>
INTERPRETER <u>Louis Velasco</u>     Language: <u>Spanish</u>

_____ **Deft not appearing, on Motion of US Atty, order bond revoked/forfeited and B/W issued**

                <u>**JUDGMENT**</u>      <u>**SENTENCE**</u>

Committed to custody for a term of:_____
year/months/days on Count(s)_____

Dft placed on supervised release for a period of:_____
Dft placed on probation for a period of:_____
_____with supervision      _____without supervision.
Dft placed on home detention: _____years/months
_____ with electronic monitoring    _____ without electronic monitoring

Dismissed count(s):_____

_____Order bond exonerated   _____Order bond exonerated upon surrender to USM.

FINE: $_____ on count(s)_____ . TOTAL: $_____
RESTITUTION: $_____   SPECIAL ASSESSMENT: $_____

_____Dft to surrender to designated institution or to USM by_
_____Dft advised of right to appeal within 10 days.
<u>X</u> Dft remanded to custody USMS.

<u>OTHER: Defendant's oral motion to continue sentencing, no objection, granted. IT IS ORDERED resetting sentencing for Monday, July 14, 2003 at 9:30 a.m.</u>

