```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF ARIZONA
Phoenix Division            CRIMINAL MINUTES
                              SENTENCING
```

```
                                        [X] FILED    ___ LODGED
                                        ___ RECEIVED ___ COPY

                                            JUL 15 2003

                                        CLERK U S DISTRICT COURT
                                        DISTRICT OF ARIZONA
                                        BY_____ DEPUTY
```

CR 94-216-5 PHX PGR          DATE: 07/14/03

HON: PAUL G. ROSENBLATT              Judge # 7019

USA v. VALADEZ-GARCIA, JUAN MANUEL
         Last Name        First Name      Middle Initial
DEFENDANT: X Present   __Not Present/Waived   ___Released  X Custody    ___
Deputy
Clerk: Traci Abraham         Court Reporter: Not present
U.S. Atty: Paul Rood      Dft Atty: Atmore Baggot (CJA)
INTERPRETER_____  Language:_____

_____ Deft not appearing, on Motion of US Atty, order bond revoked/forfeited and B/W issued

                    JUDGMENT       SENTENCE

Committed to custody for a term of:_____
year/months/days on Count(s)_____

Dft placed on supervised release for a period of:_____
Dft placed on probation for a period of:_____
_____with supervision    _____without supervision.
Dft placed on home detention: _____years/months
_____ with electronic monitoring  _____ without electronic monitoring

Dismissed count(s):_____

_____Order bond exonerated  _____Order bond exonerated upon surrender to USM.

FINE: $_____ on count(s)_____  TOTAL: $_____
RESTITUTION:$_____  SPECIAL ASSESSMENT:$_____

_____Dft to surrender to designated institution or to USM by_
_____Dft advised of right to appeal within 10 days.
  X   Dft remanded to custody USMS.

OTHER: Hearing held in chambers. Sentencing vacated and reset to 7/23/03 at 11:00 a.m.