```
                    FILED     ___ LODGED
                ___ RECEIVED  ___ COPY

                      JUL 3 1 2003

                  CLERK U S DISTRICT COURT
                    DISTRICT OF ARIZONA
                BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | DATE: July 31, 2003 |
| Plaintiff, |  |
| vs. | No. CR 94-216-5 PHX PGR |
| Juan Valadez-Garcia, | **MINUTE ORDER** |
| Defendant. |  |

Upon telephonic request of counsel for defendant, a plea hearing is set for **Monday, August 18, 2003 at 11:00 a.m.** before Judge Rosenblatt.

RICHARD H. WEARE, CLERK/DCE

By: *KBranding*
Deputy Clerk
Kelly M. Branding