| UNITED STATES DISTRICT COURT | CRIMINAL SENTENCING MINUTES |
|---|---|
| DISTRICT OF ARIZONA - Phoenix | |

DATE: 8/18/2003        CASE NUMBER:   CR 94-00216-005-PHX-PGR

[FILED stamp: AUG 18 2003, CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA]

Hon. PAUL G. ROSENBLATT, United States District Judge  #: 7017

USA vs. Juan Manuel Valadez-Garcia

DEFT: ☒ PRESENT   ☐ NOT PRESENT   ☒ Custody

Deputy Clerk Traci Abraham              Crt Rptr/ECR: Elizabeth Lemke
A.U.S. Attorney Paul V. Rood            Interpreter Lita Van Duzer
                                        Language Spanish
Attorney for Defendant Atmore L. Baggot (Appointed)

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

### JUDGMENT  [SENTENCE]

☐ Defendant is placed on probation for a period of _____
  on Cts(s) _  ☐ with supervision  ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of TIME SERVED on Cts(s) ONE

☒ Supervised release term of 3 Years by law on Ct(s) ONE

☐ Fine of $0 on Ct(s) ONE                                    TOTAL FINE $0

☐ Restitution of $0 ordered pursuant to 18 U.S.C. 3596

☒ Special Assessment of $50.00 pursuant to 18 U.S.C. 3013 on Ct(s) ONE

☒ On Motion of U.S. Atty: Ct(s) all remaining counts are dismissed

☐ Order bond exonerated    ☐ Bond exonerated upon surrender to USM

☒ Dft advised of right to appeal  ☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☐ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☒ Other: Defendant's motion for 1 level downward departure granted.



8/19/03 11:02am